# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **MARTAVIOUS BANKS,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02626-JTF |
| ) | |
| **CITY OF MEMPHIS, JAMARCUS JEAMES,** ) | |
| **CHRISTOPHER NOWELL,** ) | |
| **MICHAEL WILLIAMS, individually** ) | |
| **and in their Official capacity as City of** ) | |
| **Memphis police officers,** ) | |
| ) | |
|    Defendants. ) | |

## THIRD AMENDED MEDIATION ORDER

Before the Court is the parties' Joint Motion for Relief from the Second Amended Mediation Order; the Motion was filed on October 23, 2020. (ECF No. 50.) The parties request that the mediation deadline in this case be extended approximately one month until December 8, 2020. (*Id*.) For good cause shown, the Motion is **GRANTED**.

The Parties are to have representatives with full settlement authority present at the mediation. The Parties must file a report with the Court stating (1) the name of their mediator; (2) the date on which the mediation took place, and (3) the results of the mediation. The Parties' mediation report is due on or before December 8, 2020.

**IT IS SO ORDERED** this 26th day of October 2020.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE