UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:19-cv-02626 | Case title: Martavious Banks v. City of Memphis |
|---|---|
| Plaintiff counsel: Arthur E. Horne, III | |
| Defendant counsel: Tannera G. Gibson / Deborah E. Godwin | |
| Presiding Judge: John T. Fowlkes, Jr. | Mediator: Bobby M. Harges |

I, Bobby M. Harges in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on December 4, 2020.

As a result of that mediation held on December 4, 2020.

☒ The case has settled in whole.

☐ Case settled prior to scheduling first mediation session.

☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☐ The case has not settled.

☐ Mediation will continue on _____.

☐ The parties may schedule another session at a later date.

☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Tannera G. Gibson | tgibson@bpjlaw.com |
| Deborah E. Godwin | dgodwin@gmllaw.com |
| Arthur E. Horne, III | arthurhorneiii@gmail.com |
| Mary E. McKinney | bmckinney@gmlblaw.com |

| Date<br>1/15/2021 | Electronic signature of Mediator:<br><br>s/ Bobby M. Harges |

| | |
|---|---|
| **From:** | Mary Purpera |
| **To:** | ahorne@thehornelawfirm.com; bmckinney@gmlblaw.com; Melisa Moore; Tannera Gibson |
| **Cc:** | Spring Bailey |
| **Subject:** | Martavious Banks v. City of Memphis (Question) |
| **Date:** | Thursday, January 14, 2021 12:56:35 PM |
| **Attachments:** | image009.png<br>image002.png<br>image003.png<br>image004.png<br>1.14.2021 - Mediator Certification in Martavious Banks v. City of Memphis.pdf |

To All Parties:

Attached you will find the mediator certification form that needs to be filed with the Court. Mr. Harges asks that one of the parties file this form with the Court on his behalf as he does not have the credentials to file it.



# Mary Purpera
Case Management

Two United Plaza • Suite 904
8550 United Plaza Blvd.
Baton Rouge, LA  70809

Phone: 225.769.4553 • Ext 145
Fax: 225.469.4558

**www.maps-adr.com**





**\*\*Please keep us in mind for any other cases at your firm that might have any lien issues (MSAs) related to Medicare/Medicaid, group/private health plans (including Class Actions), and give us a call!\*\***

The preceding email message is sent in connection with a mediation. As such, its contents are privileged and confidential in accordance with the Model Standards of Conduct for Mediators, certain State and Federal Rules of Evidence, Louisiana Revised Statutes 9:4101, et seq., and similar rules of other states. Its contents cannot be distributed unless in connection with the mediation and with permission of the sender. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.