# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

MARTAVIOUS BANKS,

    Plaintiff,

v.                                                                                  Docket Number: 2:19-cv-02626-JTF-atc

CITY OF MEMPHIS, JAMARCUS
JEAMES, CHRISTOPHER NOWELL,
MICHAEL WILLIAMS,  individually
and in their Official capacity as City of
Memphis police officers,

    Defendants.

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff Martavious Banks and Defendants the City of Memphis and Officers Jamarcus Jeames, Christopher Nowell, and Michael Williams, the parties to this action, pursuant to Federal Rule of Civil Procedure 41(a), hereby give notice of and stipulate to the voluntary dismissal of all claims in this case with prejudice, all such claims having been resolved by the parties.  Each side is to bear their own costs.

    Respectfully submitted,

    s/Tannera George Gibson
    Tannera George Gibson (BPR #27779)
    Melisa Moore (BPR #28709)
    Burch, Porter & Johnson, PLLC
    130 North Court Avenue
    Memphis, TN 38103
    Telephone: (901) 524-5000
    Email:   tgibson@bpjlaw.com
                mmoore@bpjlaw.com

    *Attorneys for Defendant City of Memphis*

        s/Mary Elizabeth McKinney
Deborah E. Godwin (BPR #9972)
Mary Elizabeth McKinney (BPR #21597)
Godwin Morris Laurenzi & Bloomfield, P.C.
50 N. Front St., Ste. 800
Memphis, TN 38103
Telephone: (901) 528-1702
Email: dgodwin@gmlblaw.com
      bmckinney@gmlblaw.com

*Attorneys for Defendants Jamarcus Jeames, Christopher Nowell, and Michael Williams*

        s/Arthur E. Horne, III
Arthur E. Horne, III (BPR #20475)
Law Office Of Arthur Horne III, PLLC
Brinkley Plaza
80 Monroe Avenue, Garden Suite One
Memphis, Tennessee 38103
Telephone: 901.312.9160
Email: ahorne@thehornelawfirm.com

*Attorney for Plaintiff Martavious Banks*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will operate to provide notice of this filing to all counsel of record in this case.

        s/Tannera George Gibson